JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| **MAURIZIO CRIPPA**, **ROSALBA CRIPPA,**<br>　　　Plaintiffs,<br><br>　　　vs.<br><br>**UNITED STATES OF AMERICA;**<br>**JANET NAPOLITANO**, **ALEJANDRO**<br>**MAYORKAS**, DIRECTOR, UNITED<br>STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES; et al.,<br><br>　　　Defendants. | Case No. CV 11-5811-JST (DTB)<br><br>**JUDGMENT**<br><br>The Honorable Josephine Staton Tucker<br>United States District Judge |

**JUDGMENT IN A CIVIL ACTION**

　　The Court, having granted Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint with prejudice on the grounds that the Court lacked subject matter jurisdiction under 8 U.S.C. § 1252(a)(2)(B)(i), and on the grounds that Plaintiffs did not raise a colorable constitutional claim;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment be entered in favor of Defendants.

February 21, 2012  
Dated

_____  
Josephine Staton Tucker  
United States District Judge